IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-0174-02-CR-W-DGK |
| | ) | |
| VINCENT PISCIOTTA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING DEFENDANT'S MOTION IN LIMINE

Pending before the Court is Defendant Vincent Pisciotta's Motion In Limine (Doc. 83) to prohibit the Government from mentioning, introducing testimony or evidence, or referencing (1) any felon conviction of the Defendant, and (2) organized crime, Mafia, or any related terms.

In response, the Government states that it does not intend to offer any evidence in its case in chief of the defendant's prior manslaughter conviction, but reserves the right under Federal Rule of Evidence 609 to use this conviction for impeachment purposes should Defendant testify. The Government also states that it does not intend to offer any evidence, or ask any witness any question, that would refer to organized crime, Mafia, or other related terms.

The motion is GRANTED. The Government shall not mention, introduce testimony or evidence of, or reference any felon conviction of the Defendant, except that permissible under Rule 609. The Government shall also not mention, introduce testimony or evidence of, reference, or ask any witness any question that would refer to organized crime, Mafia, or any related terms.

**IT IS SO ORDERED.**

Date:  October 19, 2012           /s/ Greg Kays
                                  GREG KAYS, JUDGE
                                  UNITED STATES DISTRICT COURT